UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARIA DICKERSON, aka "Dulce Pino," aka "Maria Dulce Pino Dickerson," aka "Dulce Brubaker,"<br><br>　　　　　Defendant. | Case No. 2:24-cr-00252-JAM<br><br><br><br><br><br>**RELATED CASE ORDER** |
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>REAL PROPERTY LOCATED AT 6212 NORTH POINT WAY, SACRAMENTO, CALIFORNIA, SACRAMENTO COUNTY APN: 030-0840-045-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>2022 MERCEDES BENZ GLE350, VIN: 4JGFB4KE4NA626006, CALIFORNIA LICENSE NUMBER 8ZDG249, AND<br><br>2022 MERCEDES BENZ AMG EQS V4, VIN: W1KCG5FB9NA009950, CALIFORNIA LICENSE NUMBER 9BRE850,<br><br>　　　　　Defendants. | Case No.: 2:24-cv-00824-JAM-SCR |

```
UNITED STATES OF AMERICA,        )
                                 )
                Plaintiff,       )
                                 )   Case No. 2:24-cv-02379-DJC-SCR
     v.                          )
                                 )
MARIA DULCE PINO DICKERSON,      )
CREATIVE LEGAL FUNDINGS IN CA,   )
and THE UBIQUITY GROUP LLC,      )
                                 )
                Defendants.      )
_____)
```

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:24-cv-02379-DJC-SCR be reassigned to Judge John A. Mendez and Magistrate Judge Sean C. Riordan for all further proceedings, and any dates currently set in this reassigned case <u>only</u> are hereby VACATED. Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:24-cv-02379-JAM-SCR.

///
///
///
///

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: October 03, 2024          /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 SENIOR UNITED STATES DISTRICT JUDGE